## Commonwealth v. Mount, Appellant.

Submitted June 8, 1970. *Bennett P. Weinstock,* and *Miller, Pincus, Greenberg and Golden,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.